UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN KOSTA, et al.

) CRIMINAL NO. /ᐧ⃰ C⸍ ⸍ ʋ ᐧ⃰ᐧ⃰ ᐧ⃰ 6

)
)
)
)

## **MOTION TO SEAL**

The United States Attorney hereby respectfully moves the Court to seal the indictment,
arrest warrant, this motion and any other paperwork related to this matter until the defendant is in
custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves pursuant to General Order 06-05 that the United States
Attorney, through undersigned counsel, be provided copies of all sealed documents which the
United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: 

Leah B. Foley
Assistant U.S. Attorney

Dated: August 2, 2012