| **Criminal Case Cover Sheet** | | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** _II_____  **Investigating Agency** _FBI_____

**City** _Lynn_____  **Related Case Information:**

**County** _Essex_____

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____ _____
Search Warrant Case Number _____ _____
R 20/R 40 from District of _____ _____

**Defendant Information:**

Defendant Name  _Donald McCormick_____ _____  Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _59 Paradise Road, Apt. 3, Ipswich, MA_____

Birth date (Year only): _1971_  SSN (last 4  _3192_  Sex _M_ Race:  _White___  Nationality: _American_____

**Defense Counsel if known:** _____ _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Leah Foley_____ _____  **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes ☒ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No  If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:**  ☒ Yes  ☐ No

☑ **Warrant Requested**  ☐ **Regular Process**  ☒ **In Custody**

**Location Status:**

**Arrest Date:** _____ _____

☐ **Already in Federal Custody as** _____ _____ in _____ .
☒ **Already in State Custody** _South Dakota_____  ☒ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _8/2/2012_  Signature of AUSA: _Leah B Foley_

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    **Donald McCormick** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. II_____    Investigating Agency  FBI _____

City  Lynn _____    **Related Case Information:**

County   Essex _____    Superseding Ind./ Inf.   _____    Case No.  _____
                                Same Defendant _____    New Defendant _____
                                Magistrate Judge Case Number    _____
                                Search Warrant Case Number    _____
                                R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   John Kosta _____    Juvenile    ☐ Yes    ☒ No

Alias Name   Costa Mihalakakis _____

Address    45 Riley Switch Road, Phillipston, Massachusetts _____

Birth date (Year only):  1971   SSN (last 4    8052   Sex  M  Race:    White _____    Nationality:  American _____

**Defense Counsel if known:**    _____    Address: _____

**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA   Leah Foley _____    Bar Number if applicable    _____

Interpreter:    ☐ Yes  ☒ No    List language and/or dialect:    _____

Victims:  ☐ Yes  ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:    ☒ Yes    ☐ No

   ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____ _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by  _____    on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    3 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  8|2|2012    Signature of AUSA:  Leah B Foley

%JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    John Kosta    _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2   21 U.S.C. §841 | Possession with intent to distribute marijuana | 2 |
| Set 3   18 U.S.C. §1956 | Money Laundering Conspiracy | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _II_____    Investigating Agency _FBI_____

City _Lynn_____    **Related Case Information:**

County   _Essex_____    Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____ New Defendant _____
                                 Magistrate Judge Case Number    ___ _____
                                 Search Warrant Case Number    _____
                                 R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   _Alexander Napoleon_____ _____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address   _359 Maple Street, Lynn, MA_____ _____ _____

Birth date (Year only): _1972_  SSN (last 4    _7271_  Sex _M_ Race:    _white_____  Nationality: _American_____

**Defense Counsel if known:**    _____    Address: _____
                                                                  _____

**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  _Leah Foley_    _____ _____    Bar Number if applicable    _____ _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect:    ___ _____

Victims: ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED:    ☒ Yes    ☐ No

   ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____ _____ _____

☐ Already in Federal Custody as    __ _____ _____    in    _____  .
☐ Already in State Custody   _____ _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by   _____ _____    on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty    _____    ☐ Misdemeanor _____    ☒ Felony   _2_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: _August 2, 2012_    Signature of AUSA:    _Leah B Foley_____

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Alexander Napoleon _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2   21 U.S.C. §841 | Possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** FBI _____

**City** Lynn _____   **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Dennis Novicki _____   Juvenile   [ ] Yes   [x] No

Alias Name _____

Address   130 Dean Avenue, Apt. 10, Franklin, MA _____

Birth date (Year only): 1966   SSN (last 4   6376   Sex M Race:   white   Nationality: American

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Leah Foley _____   **Bar Number if applicable** _____

**Interpreter:**   [ ] Yes [x] No   List language and/or dialect: _____

**Victims:** [ ] Yes [x] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:**   [x] Yes   [ ] No

[x] **Warrant Requested**   [ ] **Regular Process**   [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____   in _____ .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [x] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [x] Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: August 2, 2012   Signature of AUSA: Leah B Foley

~JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**      Dennis Novicki _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _II_____    Investigating Agency _FBI_____

City   _Lynn_____    **Related Case Information:**

County    _Essex_____    Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number _____ _____
                                    Search Warrant Case Number _____ _____
                                    R 20/R 40 from District of _____ _____

**Defendant Information:**

Defendant Name   _Fidencio Serrano-Esquer_____ _____    Juvenile    ☐ Yes    ☒ No

Alias Name   _____

Address    _Agua Prieta, Mexico_____

Birth date (Year only): _1978_ SSN (last 4 ___3108_ Sex _M_ Race:    _Hispanic_____ Nationality: _Mexican_____

**Defense Counsel if known:**    _____ _____    **Address:** _____ _____ _____
                                                                      _____ _____ _____

**Bar Number:**    _____ _____

**U.S. Attorney Information:**

AUSA  _Leah Foley_____ _____ _____    Bar Number if applicable    _____ _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _Spanish_____ _____

Victims: ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED:    ☒ Yes    ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____ _____

☐ Already in Federal Custody as _____ _____ in _____ _____ .
☐ Already in State Custody ___ _____ _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ _____ on _____ _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  _August 2, 2012_    Signature of AUSA:    _Leah b Foley_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Fidencio Serrano-Esquer _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 11/18/05)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _II_____   Investigating Agency _FBI_____

City __Lynn_____   **Related Case Information:**

County ___Essex_____
Superseding Ind./ Inf. _____ _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____ _____
Search Warrant Case Number _____ _____
R 20/R 40 from District of _____ _____

**Defendant Information:**

Defendant Name __Tamara Kosta_____   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address ___45 Riley Switch Road, Phillipston, MA_____

Birth date (Year only): _1974_ SSN (last 4 _8979_ Sex _F_ Race: __White___ Nationality: ___American_

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Leah Foley_____   Bar Number if applicable _____

Interpreter:   ☐ Yes ☒ No   List language and/or dialect: _____

Victims:  ☐ Yes ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes ☐ No

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _August 2, 2012_   Signature of AUSA: _Leah S Foley_

%JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____ _____ _____

Name of Defendant    Tamara Kosta _____ _____ _____ _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1956 ____ ____ | Money Laundering Conspiracy ____ _____ | 3 ____ _____ |
| Set 2 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 3 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 4 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 5 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 6 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 7 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 8 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 9 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 10 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 11 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 12 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 13 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 14 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |
| Set 15 _____ _____ _____ | _____ _____ _____ _____ | _____ _____ |

ADDITIONAL INFORMATION:

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _II_____    **Investigating Agency** _FBI_____

**City** _Lynn_____     **Related Case Information:**

| | |
|---|---|
| **County**    _Essex_____ | Superseding Ind./ Inf. _____    Case No. _____ |
| | Same Defendant _____    New Defendant _____ |
| | Magistrate Judge Case Number    _____ |
| | Search Warrant Case Number    _____ |
| | R 20/R 40 from District of    _____ |

**Defendant Information:**

**Defendant Name** _Nestor Antonio Verduzco_____     Juvenile    [ ] Yes    [x] No

Alias Name _____

Address _1068 West Paul Bond Drive, Apt. L204, Nogales, AZ._____

Birth date (Year only): _1989_ SSN (last 4 _6168_ Sex _M_ Race: _Hispanic_____ Nationality: _American_____

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Leah Foley_____     Bar Number if applicable _____

**Interpreter:**    [ ] Yes [x] No     List language and/or dialect: _____

**Victims:** [ ] Yes [x] No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:**    [x] Yes    [ ] No

    [x] **Warrant Requested**     [ ] **Regular Process**     [ ] **In Custody**

**Location Status:**

**Arrest Date:** _____

[ ] **Already in Federal Custody as** _____ in _____ .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[ ] **On Pretrial Release:**   Ordered by _____ on _____

**Charging Document:**    [ ] Complaint    [ ] Information    [x] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeanor _____ [x] Felony _1____

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _August 2, 2012_ Signature of AUSA: _Leah B Foley_

**District Court Case Number (To be filled in by deputy clerk):**

**Name of Defendant**   Nestor Antonio Verduzco

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. §846 | Conspiracy to distribute marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**