AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 12-CR-10226 |
| John Kosta | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     John Kosta                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §846  Conspiracy to distribute marijuana
21 U.S.C. §841  Possession with intent to distribute marijuana
18 U.S.C. §1956  Money Laundering Conspiracy

Date:     8/2/12

Issuing officer's signature

City and state:     Boston, Massachusetts

~~U.S. Magistrate Judge Jennifer C. Boal~~
Printed name and title

Dianne M Smith Deputy Clerk

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____                           _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |