# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 12-CR-10226 |
| John Kosta | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Kosta,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §846 Conspiracy to distribute marijuana
21 U.S.C. §841 Possession with intent to distribute marijuana
18 U.S.C. §1956 Money Laundering Conspiracy

Date: 5/2/12

*Issuing officer's signature*

City and state: Boston, Massachusetts

~~U.S. Magistrate Judge Jennifer C. Boal~~
Dianne M Smith, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*