UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2012 AUG -3  P 4: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 12-10226-DJC |
| ) | |
| v. ) | Record Owner: |
| ) | John Kosta |
| 1. JOHN KOSTA, ) | |
|    a/k/a COSTA MIHALAKAKIS, ) | Property: |
| 2. FIDENCIA SERRANO-ESQUER, ) | 390 Highland Avenue |
|    a/k/a "FITO," ) | Phillipston, Massachusetts |
| 3. NESTOR ANTONIO VERDUZCO, ) | |
|    a/k/a "TONY," ) | Worcester District |
| 4. DENNIS NOVICKI, ) | Registry of Deeds |
| 5. ALEXANDER NAPOLEON, ) | Book 49088, Pages 259-262 |
| 6. DONALD McCORMICK, and ) | |
| 7. TAMARA KOSTA, ) | |
|          Defendants. ) | |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that, on August 2, 2012, an indictment was filed charging the defendants with violations of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. §§ 2 and 1956. The drug forfeiture allegation of the indictment ~~gave~~ *will give* the defendants notice that, pursuant to 21 U.S.C § 853, the United States sought the forfeiture, upon conviction of any of the offenses alleged in Counts One and Two of the indictment, of any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The money laundering forfeiture allegation of the indictment also ~~gave~~ *will give* the defendants notice that, pursuant to 18 U.S.C. § 928(a)(1), the United States sought the

1

forfeiture, upon conviction of the offense alleged in Count Three of the indictment, of any property, real or personal, involved in the offense, and any property traceable to such property.

As set forth in the indictment, the United States alleges that the following real property is forfeitable to the United States as substitute property pursuant to 21 U.S.C § 853 and 18 U.S.C. § 928(a)(1), both incorporating 21 U.S.C. § 853(p):

> the real property located at 390 Highland Avenue, Phillipston, Massachusetts, including all buildings, improvements, and appurtenances thereon, more particularly described in a deed recorded at Book 49088, Pages 259-262, at the Worcester District Registry of Deeds.

CARMEN M. ORTIZ
United States Attorney

By: /s/ Brian Pérez-Daple
LEAH FOLEY
BRIAN PÉREZ-DAPLE
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: August 3, 2012

2

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Brian Pérez-Daple, Assistant United States Attorney, on his oath declares that the proceeding referred to above affects the title to the land and building as described above.

Brian Pérez-Daple
Assistant United States Attorney

Date: August 3, 2012

Then personally appeared the above-named Brian Pérez-Daple, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of his knowledge, information and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 3rd day of August, 2012.



NOTARY PUBLIC
My Commission expires: 3\14\2014

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon. Further, there is a clear danger that the titled owner of the property, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

United States District Judge
Date: August 6, 2012

3