## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 12-10226-DJC |
| | ) |
| v. | ) Record Owner: |
| | ) John Kosta |
| 1. JOHN KOSTA, | ) |
|    a/k/a COSTA MIHALAKAKIS, | ) Property: |
| 2. FIDENCIA SERRANO-ESQUER, | ) 100 Summit Street |
|    a/k/a "FITO," | ) Orange, Massachusetts |
| 3. NESTOR ANTONIO VERDUZCO, | ) |
|    a/k/a "TONY," | ) Franklin District |
| 4. DENNIS NOVICKI, | ) Registry of Deeds |
| 5. ALEXANDER NAPOLEON, | ) Book 5945, Pages 129-130 |
| 6. DONALD McCORMICK, and | ) |
| 7. TAMARA KOSTA, | ) |
|    Defendants. | ) |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that, on August 2, 2012, an indictment was filed charging the defendants with violations of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. §§ 2 and 1956. The drug and money laundering forfeiture allegations of the indictment allege that the real property located at 100 Summit Street, Orange, Massachusetts, represents: property constituting or derived from proceeds the defendants obtained, directly or indirectly, as a result of the charges alleged in Counts One and Two of the Indictment; property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses alleged in Counts One and Two of the indictment; and property involved in or traceable to the offense charged in Count Three of the indictment. The indictment alleges that the property is therefore forfeitable to the United States pursuant to 21 U.S.C. § 853 and 18 USC § 982(a)(1).

For title to the property, *see* Quitclaim Deed recorded at the Franklin District Registry of Deeds on November 23, 2010, at Book 5945, Pages 129-130, reflecting the conveyance of the property on or about November 10, 2010, from the Massachusetts Housing Finance Agency to John Kosta.

CARMEN M. ORTIZ
United States Attorney

By: /s/ Brian Pérez-Daple
LEAH FOLEY
BRIAN PÉREZ-DAPLE
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: August 3, 2012

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Brian Pérez-Daple, Assistant United States Attorney, on his oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Brian Pérez-Daple
Assistant United States Attorney

Date: August 3, 2012

Then personally appeared the above-named Brian Pérez-Daple, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of his knowledge, information and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 3rd day of August, 2012.



_____
NOTARY PUBLIC
My Commission expires:

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon. Further, there is a clear danger that the titled owner of the property, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge

Date: August 3, 2012

3