## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 12-10226-DJC |
| | ) |
| v. | ) Record Owner: |
| | ) John Kosta |
| 1. JOHN KOSTA, | ) |
|    a/k/a COSTA MIHALAKAKIS, | ) Property: |
| 2. FIDENCIA SERRANO-ESQUER, | ) 339-341 Water Street |
|    a/k/a "FITO," | ) Fitchburg, Massachusetts |
| 3. NESTOR ANTONIO VERDUZCO, | ) |
|    a/k/a "TONY," | ) Worcester Northern District |
| 4. DENNIS NOVICKI, | ) Registry of Deeds |
| 5. ALEXANDER NAPOLEON, | ) Book 7388, Pages 187-190 |
| 6. DONALD McCORMICK, and | ) |
| 7. TAMARA KOSTA, | ) |
|     Defendants. | ) |

### *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that, on August 2, 2012, an indictment was filed charging the defendants with violations of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. §§ 2 and 1956. The drug and money laundering forfeiture allegations of the indictment allege that the real property located at 339-341Water Street, Fitchburg, Massachusetts, represents: property constituting or derived from proceeds the defendants obtained, directly or indirectly, as a result of the charges alleged in Counts One and Two of the indictment; property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses alleged in Counts and Two of the indictment; and property involved in or traceable to the offense charged in Count Three of the indictment. The indictment alleges that the property is therefore forfeitable to the United States pursuant to 21 U.S.C. § 853 and 18 USC § 982(a)(1).

1

For title to the property, *see* Deed recorded at the Worcester Northern District Registry of

Deeds on April 6, 2011, at Book 7388, Pages 187-190, reflecting the conveyance of the property

on or about April 5, 2011, from George Secchiaroli and Leo Garcia to John Kosta.

CARMEN M. ORTIZ
United States Attorney

By:     *[signature]*

LEAH FOLEY
BRIAN PÉREZ-DAPLE
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: August 3, 2012

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

## OATH

The undersigned Brian Pérez-Daple, Assistant United States Attorney, on his oath declares that the proceeding referred to above affects the title to the land and building as described above.



Brian Pérez-Daple
Assistant United States Attorney

Date:   August 3, 2012

Then personally appeared the above-named Brian Pérez-Daple, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of his knowledge, information and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 3rd day of August, 2012.

NOTARY PUBLIC
My Commission expires:

> JEAN L. JAMIESON
> Notary Public
> COMMONWEALTH OF MASSACHUSETTS
> My Commission Expires
> March 14, 2014

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon. Further, there is a clear danger that the titled owner of the property, if notified in advance of the endorsement of this memorandum, will convey, encumber, damage or destroy the property or the improvements thereon.

SO ORDERED AND ENDORSED:

United States District Judge

Date:   August 6, 2012

3