AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
one 2010 Seadoo RxTx260, bearing vehicle ) Case No. 12-10226-DJC
identification number YDV17674E010, registered to )
John Kosta )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ___Massachusetts___ is subject to forfeiture to the United States of America under _____ U.S.C. § __(see below)__ *(describe the property)*:

one 2010 Seadoo RxTx260, bearing vehicle identification number YDV17674E010, registered to John Kosta.

The above-described property is subject to forfeiture to the United States of America under 18 U.S.C. §§ 981 and 982 and 21 U.S.C. § 853.

The application is based on these facts:

See Affidavit attached as Exhibit A.

☑ Continued on the attached sheet.

*[signature]* SA/FBI
*Applicant's signature*

FBI Special Agent Stephen J. Kelleher
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/06/2012 @ 4:36 PM__

*[signature]*
*Judge's signature*

City and state: Boston, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*