AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) ) Case No.   12-CR-10226-DJC
)
45 Riley Switch Road, Phillipston, Massachusetts )
("Target Location 1") )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the           District of     Massachusetts
(identify the person or describe the property to be searched and give its location):

See Attachment A - Target Location 1

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

See Affidavit of Special Agent Stephen J. Kelleher and Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      August 20, 2012
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Marianne B. Bowler
                            (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)   ☐ for        days (not to exceed 30).
                                                       ☐ until, the facts justifying, the later specific date of

Date and time issued: August 6, 2012 @ 12:55PM          *Marianne B. Bowler, USMJ*
                                                           Judge's signature

City and state:   Boston, Massachusetts              Marianne B. Bowler, United States Magistrate Judge
                                                          Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

## Attachment A

### 45 Riley Switch Road, Phillipston, MA

45 Riley Switch Road is a light grey, two story, one family home, and appears to have a stone façade. There is a chimney on the right side of the home. The home is distinguishable by the large approximately seven or eight foot wooden stockade fence that encloses the perimeter around the home. The home is difficult to see from the street due to the obstruction caused by the fence. There is a large wooden play set in the rear of the house, a white shed, and a light colored Connex box in the corner of the yard closest to the street. The fence around the property has two gates that allow entry and egress from the property. The property is depicted in Attachment A-1.