AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.   12-10226-DJC
)
45 Riley Switch Rd. )
Phillipston, Massachusetts )
)

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:

45 Riley Switch Rd., Phillipston, Massachusetts

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
one grey 2008 Chevrolet Silverado, bearing vehicle identification number 1GCHK23K08F184998, registered in the name of John Kosta, 45 Riley Switch Rd., Phillipston, Massachusetts, and bearing Massachusetts registration number 471-BS9

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 20, 2012_____
*(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Marianne B. Bowler_____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: August 6, 2012 @ 4:34 PM       _____/s/ Marianne B. Bowler_____
                                                                                           *Judge's signature*

City and state:   Boston, Massachusetts             Marianne B. Bowler, U.S. Magistrate Judge
                                                                                     *Printed name and title*