UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE SEARCH OF          )          **FILED UNDER SEAL**
SAFE DEPOSIT BOX #3, HELD IN THE NAME   )
OF JOHN KOSTA AT TD BANK, 232 SOUTH     )          Case No. 12-10226-DJC
MAIN ST., MIDDLETON, MA 01949           )

## **MOTION TO SEAL**

The United States, hereby moves to seal, pursuant to Local Rule 7.2, (1) this Motion to
Seal; (2) the search warrant application; (3) the supporting Affidavit of United States Federal
Bureau of Investigations Special Agent Stephen J. Kelleher; (4) the search and seizure warrant;
(5) any ruling on this Motion; and (6) all related paperwork filed herewith until further order of
this Court, with the exception of the copy or copies of the search and seizure warrants that are to
be served on the owners or custodians of the property to be searched, and also with exception as
to employees, contract employees, and agents of the United States Attorney's Office for the
District of Massachusetts, and any law enforcement officers involved in the investigation.

As grounds, the government states that the public disclosure of the information contained
in the listed documents could lead to efforts by the owners or possessors of the assets to transfer,
place liens upon, deplete, or otherwise impair the forfeitability of the assets.

WHEREFORE, the United States respectfully requests that this Court impound the
documents listed above until further Order of the Court. Moreover, the United States
respectfully requests, pursuant to General Order 06-05 of the United States District Court for the
District of Massachusetts, that it be provided with copies of all sealed documents that the United
States Attorney has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____

BRIAN PÉREZ-DAPLÉ
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: August 6, 2012

So Ordered:

_____

MARIANNE B. BOWLER
United States Magistrate Judge

Date: August 6, 2012

2