UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ONE 2010 SEADOO GTXIS 215, BEARING VEHICLE IDENTIFICATION NUMBER YDV01588C010, REGISTERED TO JOHN KOSTA | **FILED UNDER SEAL**<br><br>Case No. 12-10226-DJC |

## MOTION TO SEAL

The United States, hereby moves to seal (1) this Motion to Seal; (2) the seizure warrant application; (3) the supporting Affidavit of United States Federal Bureau of Investigations Special Agent Stephen J. Kelleher; (4) the seizure warrant; (5) any ruling on this Motion; and (6) all related paperwork filed herewith until further order of this Court, with the exception of the copy or copies of the seizure warrants that are to be served on the owners or custodians of the property to be seized, and also with exception as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation.

As grounds, the government states that the public disclosure of the information contained in the listed documents could lead to efforts by the owners or possessors of the asset to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the asset.

WHEREFORE, the United States respectfully requests that this Court impound the documents listed above until further Order of the Court.  Moreover, the United States respectfully requests, pursuant to General Order 06-05 of the United States District Court for the District of Massachusetts, that it be provided with copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

                      Respectfully submitted,

                      CARMEN M. ORTIZ
                      United States Attorney

By:  /s/ Brian Pérez-Daple
                      BRIAN PÉREZ-DAPLE
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      1 Courthouse Way, Suite 9200
                      Boston, MA 02210
Dated: August 6, 2012     (617) 748-3100

So Ordered:

/s/ Marianne B. Bowler USMJ
MARIANNE B. BOWLER
United States Magistrate Judge

Date: August 6, 2012

2