UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | 12-CR-10226-DJC |
| | ) | (Filed Under Seal) |
| V. | ) | |
| | ) | |
| JOHN KOSTA, et al. | ) | |

MOTION TO PARTIALLY UNSEAL

The United States of America respectfully moves this Court to unseal a redacted copy of the Indictment (names of defendants yet to be arrested will be redacted), warrants, applications, affidavits, and all documents related thereto, in the above-captioned matter. As grounds, the government states that five of the seven named defendants have been arrested and the warrants have been executed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Leah B. Foley
Leah B. Foley
Assistant U.S. Attorney

Dated: August 7, 2012

*[Handwritten margin note, left side:] August 7, 2012. Allowed.*

*[Handwritten margin note, bottom:] Marianne B. Bowler USMJ*