# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERK'S OFFICE
2012 AUG -2 P 2:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) Case No. 12-cr-10226 DJC |
| John Kosta | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __John Kosta__,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §846 Conspiracy to distribute marijuana
21 U.S.C. §841 Possession with intent to distribute marijuana
18 U.S.C. §1956 Money Laundering Conspiracy

Date: 8/2/12

*Issuing officer's signature*

City and state: Boston, Massachusetts

~~U.S. Magistrate Judge Jennifer C. Boal~~
*Printed name and title*
Dianne M. Smith, Deputy Clerk

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/2/2012

*Arresting officer's signature*

*Printed name and title*