AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
2012 AUG 15 P 2: 38
for the

District of Massachusetts S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>45 Riley Switch Rd.<br>Phillipston, Massachusetts | )<br>)<br>)  Case No.   12-10226-DJC<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:
45 Riley Switch Rd., Phillipston, Massachusetts

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the
property to be seized)*:
one white 2010 Nissan Maxima registered in the name of John Kosta, 45 Riley Switch Rd., Phillipston, Massachusetts,
and bearing Massachusetts registration number 668-TH4

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before      _____August 20, 2012_____
                                                                    *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been
                                              established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Marianne B. Bowler
_____ .
           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: **August 6, 2012 @ 4:29 PM**                      Marianne B. Bowler, USMJ
                                                                        *Judge's signature*

City and state:   Boston, Massachusetts                      Marianne B. Bowler, U.S. Magistrate Judge
                                                                     *Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.:<br>12-10226-DJC | Date and time warrant executed:<br>8/7/2012   9:30A | Copy of warrant and inventory left with:<br>AT RESIDENCE 45 RILEY SWITCH RD.<br>PHILLIPSTON, MA |
| Inventory made in the presence of :   N/A | | |

Inventory of the property taken and name of any person(s) seized:

- ONE 2010 NISSAN MAXIMA, MA REG 668-TH4

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/15/2012

_____
*Executing officer's signature*

STEPHEN KELLEHER   SPECIAL AGENT
*Printed name and title*