AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2012 AUG 15 P 2: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Safe Deposit Box #3, held in the name of John Kosta at<br>TD Bank, 232 South Main St., Middleton, MA 01949 | ) <br> ) <br> ) Case No.  12-10226-DJC <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Massachusetts____
*(identify the person or describe the property to be searched and give its location)*:

Safe Deposit Box #3, held in the name of John Kosta at TD Bank, 232 South Main St., Middleton, MA 01949

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
property constituting or derived from proceeds obtained as a result of violations of 21 U.S.C. §§ 841 and 846; property used or intended to be used to commit or facilitate such violations; property involved in or traceable to violations of 18 U.S.C. § 1956(h); and the safe deposit box access log.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ____August 20, 2012____
                                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Marianne B. Bowler_____.
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _August 6, 2012 @ 4:43 PM_        _/s/ Marianne B. Bowler, USMJ_
                                                                                    *Judge's signature*

City and state: Boston, Massachusetts                            Marianne B. Bowler, U.S. Magistrate Judge
                                                                                    *Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: 12-10226-DJC | Date and time warrant executed: 8/7/2012  4:00pm | Copy of warrant and inventory left with: TD BANK |
| Inventory made in the presence of : N/A | | |

*Inventory of the property taken and name of any person(s) seized:*

— BOX WAS EMPTY.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/15/2012

_____
Executing officer's signature

STEPHEN KELLEHER   SPECIAL AGENT
*Printed name and title*