AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE.

2012 AUG 15 P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>all funds on deposit in Sovereign Bank checking account # 38504831678, held in the name of John Kosta, doing business as John Kosta Real Estate | )<br>)<br>)  Case No. 12-10226-DJC<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ___Massachusetts___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

all funds on deposit in Sovereign Bank checking account number 38504831678, held in the name of John Kosta, doing business as John Kosta Real Estate

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___08/20/2012___
                                                                                                                  *(not to exceed 14 days)*

☒ in the daytime – 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ___Marianne B. Bowler___ .
                                                                                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                                  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *August 6, 2012 @ 4:16 PM*        /s/ *Marianne B. Bowler, USMJ*
                                                                                                        *Judge's signature*

City and state:   Boston, Massachusetts            Marianne B. Bowler, U.S. Magistrate Judge
                                                                                *Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 12-10226-DJC | Date and time warrant executed: 8/7/2012 10:00A | Copy of warrant and inventory left with: SOVEREIGN BANK |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken: | | |

$4,525.33 CHECK MAILED TO USMS ON 8/9/12.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/15/2012

_____
Executing officer's signature

STEPHEN KELLEHER  SPECIAL AGENT
*Printed name and title*