AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE

2012 AUG 13 P 4: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 12-CR-10226-DJC
)
359 Maple Street, Lynn, Massachusetts )
("Target Location 2") )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of \_\_\_\_\_Massachusetts\_\_\_\_\_
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A - Target Location 2

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Affidavit of Special Agent Stephen J. Kelleher and Attachment C, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_\_\_August 20, 2012\_\_\_\_\_
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Marianne B. Bowler                                                        .
_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                       ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: August 6, 2012 @ 12:55 PM      /s/ Marianne B. Bowler, USMJ
                                                                                   *Judge's signature*

City and state:  Boston, Massachusetts              Marianne B. Bowler, United States Magistrate Judge
                                                                               *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 12-CR-10226-DJC | Date and time warrant executed: 8/7/12  0602 hrs | Copy of warrant and inventory left with: Dayna L'Italien |
| Inventory made in the presence of: NA |||
| Inventory of the property taken and name of any person(s) seized:<br>See Attached |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/13/12

_____
Executing officer's signature

John Bartolomucci   TFO
Printed name and title

# EVIDENCE RECOVERY LOG
*PRINT LEGIBLY*

FD-886 (Rev. 2-29-08)

PAGE _1_ OF _3_

## GENERAL INFORMATION

DATE: 8/7/2012
CASE ID: 245C-BS-102993
LOCATION: 359 Maple Street, Lynn, MA
PREPARER/ASSISTANTS: 1A Karen McKinnon

PERSONNEL (Include Initials):

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|
| 1 | Samsung Verizon Cellphone | Room D | Alvarado / Campbell | plastic | |
| 2 | Toshiba laptop Serial# 79493241Q PartNo: PSAPOU-007007 | Room D | Ferraro / Campbell | plastic | |
| 3 | Personal Papers, Dayna Litalien, Alexis Elkins | Kitchen counter top Room D | Ferraro / Carron | paper | |
| 4 | Empty package from USPS, empty box (cellphone) HTC EVO 4G Sprint | Room D | Campbell / alvarado | paper | |
| 5 | misc documents, (2) license plates (NH, MA) | Room A | Schmidt / Elio | paper | |
| 6 | personal papers, Alexander Napokon, thumb drive | Room D | Ferraro / Carron | paper | |
| 7 | personal papers, John Rosta, Tamara Mihelekakis | Kitchen Room counter top Room D | Ferraro / Carron | paper | |
| 8 | misc documents | Room B | Bartolomucci / Elio | paper | |
| 9 | Playstation 3 Serial# CB1685301128-CECH-2001A | Room B | Bartolomucci / Elio | plastic | |
| 10 | (2) sets of keys | Bedroom Room H | Elio / Campbell | paper | |
| 11 | Pure digital Flip video camera | Room H | Sullivan / alvarado | plastic | |
| 12 | (1) Panasonic 700 Digital Zoom camcorder | Room H | Elio / Sullivan | plastic | |
| 13 | "Digital" Camera | Room H | Sullivan / Alvarado | plastic | |
| 14 | Sprint LG Cellphone & Charger | Room H | alvarado / Campbell | plastic | |

# EVIDENCE RECOVERY LOG
*PRINT LEGIBLY*

CONTINUATION PAGE
PAGE 2 OF 3

## GENERAL INFORMATION (COPY DATA FROM PAGE ONE)

| DATE | CASE ID | LOCATION | PREPARER/ASSISTANTS |
|---|---|---|---|
| 8/7/2012 | 24SC-BS-102993 | 359 Maple St. Lynn, MA | |

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (If needed) |
|---|---|---|---|---|---|
| 15 | Nokia cellphone | Room H | Sullivan / Alvarado | plastic | |
| 16 | Motorola cellphone | Room H | Alvarado / Sullivan | plastic | |
| 17 | Lg cellphone SN# 502KSay15011131 | Room I | Schmidt / Sullivan | plastic | |
| 18 | Cellphone (Motorola) IMEI 35526100128535 | Room I | Schmidt / Sullivan | plastic | |
| 19 | Motorola I536 cellphone | Room I | Sullivan / Alvarado | plastic | |
| 20 | Cellphone (Motorola) ESN# 364V6QBCD3 | Room I | Schmidt / Sullivan | plastic | |
| 21 | Motorola Boost cellphone | Room H | Elio / Alvarado | plastic | |
| 22 | Innovage mini digital camera | Room H | Campbell / Alvarado | plastic | |
| 23 | Sprint HTC cellphone | Room H | Alvarado / Campbell | plastic | |
| 24 | Hitachi hard drive S/N 28TP85LT | Room H | Alvarado / Campbell | plastic | |
| 25 | PDA S/N: AAAED5281719G | Room I | Schmidt / Sullivan | plastic | |
| 26 | Mastercard credit card 5120 2550 1494 0844 | Room H | Schmidt / Elio | plastic | |
| 27 | Plastic bags | Room H | Campbell / Elio | paper | |
| 28 | Scale | Room H | Campbell / Elio | paper | |
| 29 | misc documents | Room I | Sullivan / Schmidt | paper | |
| 30 | misc documents | Room H | Bartolomucci / Elio | paper | |

# EVIDENCE RECOVERY LOG
*PRINT LEGIBLY*

CONTINUATION PAGE
PAGE __3__ OF __3__

### GENERAL INFORMATION *(COPY DATA FROM PAGE ONE)*

| DATE | CASE ID | LOCATION | PREPARER/ASSISTANTS |
|---|---|---|---|
| 8/7/2012 | 245C-BS-102993 | 359 Maple St. Lynn MA | |

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 31 | XBox 300 console S/n 71553616108 | Room H | Elio Bartolomucci | plastic | |
| 32 | (7) green plants | Room I | Bartolomucci Schmidt | plastic | |
| 33 | Plastic Bag containing dried, green, leafy Substance | Room I | Bartolomucci Schmidt | plastic | |
| 34 | Plastic Bag containing dried, leafy substance | Room H | Bartolomucci Schmidt | plastic | |



## ATTACHMENT C

## ITEMS TO BE SEIZED

1. Documents reflecting dominion and/or control of the Target Location, including, but not limited to, canceled mail, photographs, personal telephone books, diaries, bills and statements, videotapes, keys, identification cards and documents, airline tickets and related travel documents, bank books, checks, and check registers;

2. U.S. currency;

3. books, records, receipts, notes, ledgers, airline tickets, receipts relating to the purchase of financial instruments and or the transfer of funds, and other papers relating to the transportation, ordering, sale and distribution of controlled substances;

4. evidence pertaining to obtaining, secreting, transfer, concealment and or expenditure of narcotics proceeds, such as: currency, financial instruments, precious metals and gemstones, jewelry, books, records, invoices, receipts, records of real estate transactions, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers checks, bank checks, safe deposit box keys and money wrappers;

5. electronic equipment such as computers, telex machines, facsimile machines, currency counting machines and telephone answering machines to generate, transfer, count, record and or store the information described above (such equipment will be seized, but no search of the contents of such equipment will be conducted without first applying for a further search warrant and receiving authorization to conduct such search);

6. beepers, billing records pertaining to beeper accounts and ledgers containing beeper code

numbers, customers and locations (such equipment will be seized, but no search of the contents of such equipment will be conducted without first applying for a further search warrant and receiving authorization to conduct such a search);

7. cellular and/or portable telephones (except for a search incident to arrest of the address book and/or recent call logs of a defendant's cellular and/or portable telephone(s), no search of the contents of such seized devices will be conducted without first applying for a further search warrant and receiving authorization to conduct such a search) ;

8. smart phones, PDAs, iPods, cellular telephone SIM cards, and other similar data storage devices (such devices will be seized, but no search of the contents of such seized devices will be conducted without first applying for a further search warrant and receiving authorization to conduct such a search);

9. retained copies of tax returns;

10. books or papers which reflect names, addresses and/or telephone numbers of associates in the trafficking organization;

11. photographs of individuals, property, and/or illegal controlled substances relevant to the drug conspiracy and/or drug distribution charges; and

12. identification documents and records, including birth certificates, passports, social security cards, identification cards, travel documents and driver's licenses.

## **Attachment A**

<u>359 Maple Street, Lynn, MA</u>

359 Maple Street is a grey, two story, one family home, with a front porch. The number "359" is displayed on the porch area of the home. The home is set back from Maple Street and has a long driveway that runs adjacent to 361 Maple Street, which is located to the left of the driveway for 359 Maple Street. There appears to be both a front and rear door to 359 Maple Street. An approximately four foot wooden fence encloses in the rear of 359 Maple Street. The fence abuts a hill that runs down to the parking lot for Fraser Field in Lynn, Massachusetts. The property is depicted in Attachment A-2.