UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 12-CR-10226-DJC |
| | ) |
| v. | ) |
| | ) |
| JOHN KOSTA, et al. | ) |

## MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the search warrants, affidavit, this motion and any other paperwork related to this matter until the defendants are in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Leah B. Foley
Leah B. Foley
Assistant U.S. Attorney

Dated: August 17, 2012

8.17.12
allowed
By the Court
/s/ W. Russo
Deputy Clerk