UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        ) CRIMINAL NO. 12-CR-10226-DJC
)
v.        )
)
JOHN KOSTA, et al.        )

## MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the search

warrants, affidavit, this motion and any other paperwork related to this matter until the

defendants are in custody in the above-captioned case and the Court has ordered the indictment

unsealed.

The United States further moves pursuant to General Order 06-05 that the United States

Attorney, through undersigned counsel, be provided copies of all sealed documents which the

United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Leah B. Foley
Assistant U.S. Attorney

8/17/12
allowed
By the Court
N. Russo
Deputy Clerk

Dated: August 17, 2012