UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | 12-CR-10226-DJC |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN KOSTA, et al. | ) | |

MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Indictment, warrants, applications, affidavits, and all documents related thereto, in the above-captioned matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Leah B. Foley
Leah B. Foley
Assistant U.S. Attorney

Dated: August 27, 2012