# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                      CRIMINAL NO. 2012-10226-DJC

JOHN KOSTA, ETC.,
NESTOR VERDUZCO, ETC.,
DENNIS NOVICKI,
ALEXANDER NAPOLEON,
DONALD McCORMICK,
TAMARA KOSTA,
    Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on September 17, 2012; counsel for the defendants were present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    Automatic discovery is complete except for defendant McCormick who made his initial appearance in this District this date; automatic disclosures with respect to his case whall be completed

*on or before the close of business on Monday, September 24, 2012.*

(2) Additional reports and recording re: defendant Serrano-Esquer will be provided.

(3) No deadline is set pending Interim Status Conference to be noticed after the last defendant arrives in the District.

(4) No.

(5) The question of a deadline for filing non-discovery motions, such as motions to dismiss or suppress, is deferred until the Interim Status Conference.

(6) The United States shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for the defendants *not less than forty-five (45) working days before trial;* the defendant shall comply with his obligations respecting discovery of experts pursuant to Rule 16(b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(7) An omnibus Order of Excludable Delay will be entered on September 25, 2012.

(8) An Interim Status Conference shall be noticed.

(9) A trial would last ten (10) trial days.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2012.