✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

| USA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| John Kosta | Case Number:  12CR10226-DJC-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Collings | Leah B. Foley | Paul J. Garrity |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/19/2012 | Digital | Chris Danieli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/19/12 | X | X | Transcript of Arraignment & Detention Hearing |
| | | | | | Government Witness - FBI Agent Douglas Schiele |
| | | | | | Defendant Witness - Peter Schiele |
| | | | | | Defendant Witness - Charles Apostholopoulos |
| | 1 | 11/19/12 | X | X | Letter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages