AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Dell Inspiron Laptop, N5050,<br>serial number 2M6MLR1, marked as Exhibit 1B9 | )<br>)<br>) Case No.  1ϑ-10226-DJC<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the                                             District of _____ Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:

Dell Inspiron Laptop, N5050, serial number 2M6MLR1, marked as Exhibit 1B9 and more fully described in Attachment A, attached hereto and incorporated herein,
        The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Evidence of violations of 21 U.S.C. 841(a)(1) and 846 and 18 U.S.C. 1956(h)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     **FEB 1 3 2013**
                                                                                        *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.          ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Robert B. Collings
                                                        *(name)*

~~☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box) ☐ for __30__ days (not to exceed 30).~~
~~☐ until, the facts justifying, the later specific date of_____~~

Date and time issued:     **JAN 3 0 2013**
                                         5:34 pm

City and state:     Boston, MA                                 Robert B. Collings, United States Magistrate Judge
                                                                                    *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>245C-BS-102993 | Date and time warrant executed:<br>2/4/13 | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- SENT TO FBI LAB FOR EXAMINATION.

**Certification**

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: 2/15/13

*Executing officer's signature*

STEPHEN RELLNER SA/FBI
*Printed name and title*