AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 12-10226-DJC
Toshiba lap top computer, serial number 79493241Q, )
marked as Exhibit 1B77 )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Massachusetts
*(identify the person or describe the property to be searched and give its location):*
Toshiba lap top computer, serial number 79493241Q, marked as Exhibit 1B77, and more fully described in Attachment A, attached hereto and incorporated herein,

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

Evidence of violations of 21 U.S.C. 841(a)(1) and 846 and 18 U.S.C. 1956(h)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before FEB 13 2013
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Robert B. Collings
*(name)*

~~☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☒ for 30 days *(not to exceed 30)*.~~
~~☐ until, the facts justifying, the later specific date of~~

Date and time issued: JAN 30 2013 at 5:54 pm    _____
                                                    Judge's signature

City and state:   Boston, MA    Robert B. Collings, United States Magistrate Judge
                                Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 245C-BS-102913 | Date and time warrant executed: 2/4/13 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: <br><br> - SENT TO FBI LAB FOR EXAMINATION. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/13

*Executing officer's signature*

STEPHEN KELLEHER  FBI/SA
*Printed name and title*