AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Innovage silver digital camera,<br>marked as Exhibit 1B97 | )<br>)<br>)  Case No. 12-10226-DJC<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location)*:
Innovage silver digital camera, marked as Exhibit 1B97, and more fully described in Attachment A, attached hereto and incorporated herein,

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Evidence of violations of 21 U.S.C. 841(a)(1) and 846 and 18 U.S.C. 1956(h)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before     __FEB 1 3 2013__
                                                              *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.    ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Robert B. Collings                                      .
               *(name)*

~~☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___30___ days *(not to exceed 30).*~~
☐ until, the facts justifying, the later specific date of

Date and time issued:   __JAN 3 0 2013__   at
                                           __3:49 pm__                  ___/s/___
                                                                        *Judge's signature*

City and state:   Boston, MA                        Robert B. Collings, United States Magistrate Judge
                                                                 *Printed name and title*



## ATTACHMENT A

| | **Description** | **Referred to herein as:** |
|---|---|---|
| 1. | LG cell phone, serial number 201CYFT0792323, marked as Exhibit 1B5. | Telephone 1B5; Photograph in Attachment A. |
| 2. | Dell Inspiron laptop, model N5040 serial number BDDJJR1, marked as Exhibit 1B7. | Computer 1B7 ; Photograph in Attachment A. |
| 3. | USB Flash Drive, marked as Exhibit 1B8. | Storage Device 1B8 ; Photograph in Attachment A. |
| 4. | Dell Inspiron Laptop, N5050, serial number 2M6MLR1, marked as Exhibit 1B9. | Computer 1B9 ; Photograph in Attachment A. |
| 5. | Two San Disk cards, collectively marked as Exhibit 1B10. | Storage Devices 1B10; Photograph in Attachment A. |
| 6. | Speeco Technologies DVR-16TN/160, marked as Exhibit 1B112. | Storage Device 1B112; Photograph in Attachment A. |
| 7. | Two LG Verizon cell phones, serial numbers 202CYFT0970243 and 201CYHE0792233, collectively marked as Exhibit 1B17. | Telephones 1B17; Photograph in Attachment A. |
| 8. | A Verizon LG cell phone, serial number 202CYLH0940400; Verizon Motorola cell phone with DECMEID number 268435459411505441; Four San Disk Cards; Two computer memory sticks; and Three video cassettes, collectively marked as Exhibit 1B22. | Telephones and Storage Devices 1B22; Photograph in Attachment A. |
| 9. | Samsung Laptop, serial number, HJV993CRA00493B marked as Exhibit 1B25. | Computer 1B25; Photograph in Attachment A. |

| | **Description** | **Referred to herein as:** |
|---|---|---|
| 10. | Canon camera; Sony video camera; and San disk card, collectively marked as Exhibit 1B26. | Storage Devices 1B26; Photograph in Attachment A. |
| 11. | Two cell phones seized from Tamara Kosta at the time of her arrest, collectively marked as Exhibit 1B73. | Telephones 1B73; Photograph in Attachment A. |
| 12. | A black and silver LG Virgin Mobile cell phone; a black and grey Samsung AT&T flip phone; and a black and grey LG Verizon Wireless flip phone, all seized from Dennis Novicki at the time of his arrest, collectively marked as Exhibit 1B115. | Telephones 1B115; No Photograph. |
| 13. | Hitachi Hard Drive Serial #Z2TP25LJ, marked as Exhibit 1B99. | Storage Device 1B99; Photograph in Attachment A. |
| 14. | Sprint HTC EVO cell phone, Serial #HT09PHL14070, marked as Exhibit 1B98. | Telephone 1B98; Photograph in Attachment A. |
| 15. | Innovage silver digital camera, marked as Exhibit 1B97. | Storage Devices 1B97; Photograph in Attachment A. |
| 16. | Motorola i290 Cell Phone Serial #364VKGNKN5, marked as Exhibit 1B96. | Telephone 1B96; Photograph in Attachment A. |
| 17. | Motorola cell phone, serial number 364VGQBCD3, marked as Exhibit 1B95. | Telephone 1B95; Photograph in Attachment A. |
| 18. | Motorola i530 cell phone, marked as Exhibit 1B94. | Telephone 1B94; Photograph in Attachment A. |
| 19. | Motorola Cell Phone, serial number 2375593401, marked as Exhibit 1B93. | Telephone 1B93; Photograph in Attachment A. |
| 20. | Silver LG cell phone with serial number 502KSCY1561131, marked as Exhibit 1B92. | Telephone 1B92; Photograph in Attachment A. |
| 21. | Motorola ic502 Nextel cell phone, serial number 364YJJ1FBB, marked as Exhibit 1B91. | Telephone 1B91; Photograph in Attachment A. |

| Description | Referred to herein as: |
|---|---|
| 22. Nokia AT&T Flip Phone, serial number 0544936K0Z3A1 marked as Exhibit 1B90. | Telephone 1B90; Photograph in Attachment A. |
| 23. Sprint LG cell phone, marked as Exhibit 1B89. | Telephone 1B89; Photograph in Attachment A. |
| 24. Blue digital camera, serial number 030-0808226370, marked as Exhibit 1B88. | Storage Device 1B88; Photograph in Attachment A. |
| 25. Panasonic camcorder, marked as Exhibit 1B87. | Storage Device 1B87; Photograph in Attachment A. |
| 26. Pure digital flip video camera, marked as Exhibit 1B86. | Storage Device 1B86; Photograph in Attachment A. |
| 27. Thumb drive seized during search of 359 Maple Street, marked as Exhibit 1B81. | Storage Device 1B81; No Photograph. |
| 28. Toshiba lap top computer, serial number 79493241Q, marked as Exhibit 1B77. | Computer 1B77; Photograph in Attachment A. |
| 29. Samsung SCH-U820 Verizon cell phone, marked as Exhibit 1B76. | Telephone 1B76; Photograph in Attachment A. |
| 30. Handspring Visor PDA, marked as Exhibit 1B100. | Storage Device 1B100; Photograph in Attachment A. |

