UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 12-10226-DJC |
| | ) | |
| 1.  JOHN KOSTA, | ) | |
|    a/k/a COSTA MIHALAKAKIS, | ) | |
| 2.  FIDENCIA SERRANO-ESQUER, | ) | |
|    a/k/a "FITO," | ) | |
| 3.  NESTOR ANTONIO VERDUZCO, | ) | |
|    a/k/a "TONY," | ) | |
| 4.  DENNIS NOVICKI, | ) | |
| 5.  ALEXANDER NAPOLEON, | ) | |
| 6.  DONALD McCORMICK, and | ) | |
| 7.  TAMARA KOSTA, | ) | |
|           Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as additional counsel for the

United States of America and add my name to the list of participants who receive electronic

notice of filings in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Brian Pérez-Daple
      BRIAN PÉREZ-DAPLE
      Assistant United States Attorney
      U.S. Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      brian.perez-daple@usdoj.gov
Dated: February 28, 2013      (617) 748-3100

## CERTIFICATE OF SERVICE

I, Brian Pérez-Daple, Assistant U.S. Attorney, hereby certify that the foregoing document was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Brian Pérez-Daple
BRIAN PÉREZ-DAPLE
Date: February 28, 2013                                    Assistant U.S. Attorney