UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 12-10226-DJC |
| | ) |
| 1. JOHN KOSTA, | ) |
|    a/k/a COSTA MIHALAKAKIS, | ) |
| 2. FIDENCIA SERRANO-ESQUER, | ) |
|    a/k/a "FITO," | ) |
| 3. NESTOR ANTONIO VERDUZCO, | ) |
|    a/k/a "TONY," | ) |
| 4. DENNIS NOVICKI, | ) |
| 5. ALEXANDER NAPOLEON, | ) |
| 6. DONALD McCORMICK, and | ) |
| 7. TAMARA KOSTA, | ) |
|    Defendants. | ) |

## ORDER TO VACATE, IN PART, POST-INDICTMENT RESTRAINING ORDER

**CASPER, D.J.,**

The United States of America, having petitioned this Court for an Order to Vacate the Post-Indictment Restraining Order (Docket No. 21) as to the following real properties only:

    a. the real property located at 325 Water Street, Fitchburg, Massachusetts, including all buildings, improvements, and appurtenances thereon, more particularly described in a deed recorded at Book 7388, Pages 187-190, at the Worcester Northern District Registry of Deeds; and

    b. the real property located at 339-341 Water Street, Fitchburg, Massachusetts, including all buildings, improvements, and appurtenances thereon, more particularly described in a deed recorded at Book 7388, Pages 187-190, at the Worcester Northern District Registry of Deeds (collectively, the "Fitchburg Properties"),

and this Court having been fully advised of the circumstances of this case, it is hereby:

1

ORDERED that the Post-Indictment Restraining Order shall be vacated as to the Fitchburg Properties only.

DONE AND ORDERED in Boston, Massachusetts, this 20th day of March, 2013.

/s/ Denise J. Casper
DENISE J. CASPER
United States District Judge