**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 12-10226-DJC |
| ) | |
| v. ) | Record Owner: |
| ) | John Kosta |
| 1. JOHN KOSTA, ) | |
|    a/k/a COSTA MIHALAKAKIS, ) | Property: |
| 2. FIDENCIA SERRANO-ESQUER, ) | 325 Water Street |
|    a/k/a "FITO," ) | Fitchburg, Massachusetts |
| 3. NESTOR ANTONIO VERDUZCO, ) | |
|    a/k/a "TONY," ) | Worcester Northern District |
| 4. DENNIS NOVICKI, ) | Registry of Deeds |
| 5. ALEXANDER NAPOLEON, ) | Book 7388, Pages 187-190 |
| 6. DONALD McCORMICK, and ) | |
| 7. TAMARA KOSTA, ) | |
|    Defendants. ) | |

**ORDER RELEASING *LIS PENDENS***

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that, the United States of America having petitioned this Court for an Order to Release the *lis pendens* that was recorded at the Worcester Northern District Registry of Deeds as Instrument number 13293, Book 7693, Page 295, and this Court having been fully advised of the circumstances of this case, it is hereby ORDERED that the United States hereby has released its *lis pendens* against the real property located at 325 Water Street, Fitchburg, Massachusetts (the "Property"). For title to the Property, see the deed recorded at Book 7388, Pages 187-190, of the Worcester Northern District Registry of Deeds reflecting the conveyance of the property on April 5, 2011, by Quitclaim Deed of George Secchiaroli and Leo Garcia to John Kosta.

1

Signed under the pains and penalties of perjury this 28th day of February 2013.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Brian Pérez-Daple
LEAH FOLEY
BRIAN PÉREZ-DAPLE
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: February 28, 2013

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                      Boston

Then personally appeared the above-named Brian Pérez-Daple, Assistant United States Attorney, and acknowledged the foregoing to be to the best of his knowledge, information, and belief, and to be his free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 28th day of February 2013.

Jean L. Jamieson
Notary Public
My Commission expires: 3|14|2014

APPROVED AND SO ORDERED:

/s/ Denise J. Casper
DENISE J. CASPER
United States District Judge

Dated: March 20, 2013

JEAN L. JAMIESON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 14, 2014

2