UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 12-10226-DJC |
| | ) |
| v. | ) Record Owner: |
| | ) John Kosta |
| 1. JOHN KOSTA, | ) |
|    a/k/a COSTA MIHALAKAKIS, | ) Property: |
| 2. FIDENCIA SERRANO-ESQUER, | ) 339-341 Water Street |
|    a/k/a "FITO," | ) Fitchburg, Massachusetts |
| 3. NESTOR ANTONIO VERDUZCO, | ) |
|    a/k/a "TONY," | ) Worcester Northern District |
| 4. DENNIS NOVICKI, | ) Registry of Deeds |
| 5. ALEXANDER NAPOLEON, | ) Book 7388, Pages 187-190 |
| 6. DONALD McCORMICK, and | ) |
| 7. TAMARA KOSTA, | ) |
|    Defendants. | ) |

## ORDER RELEASING *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that, the United States of America having petitioned this Court for an Order to Release the *lis pendens* that was recorded at the Worcester Northern District Registry of Deeds as Instrument number 13292, Book 7693, Page 292, and that this Court having been fully advised of the circumstances of this case, it is hereby ORDERED that the United States hereby has released its *lis pendens* against the real property located at 339-341 Water Street, Fitchburg, Massachusetts (the "Property"). For title to the Property, see the deed recorded at Book 7388, Pages 187-190, of the Worcester Northern District Registry of Deeds reflecting the conveyance of the property on April 5, 2011, by Quitclaim Deed of George Secchiaroli and Leo Garcia to John Kosta.

Signed under the pains and penalties of perjury this 28th day of February 2013.

                                                   Respectfully submitted,

                                                   CARMEN M. ORTIZ
                                                 United States Attorney

By: _____
     LEAH FOLEY
     BRIAN PÉREZ-DAPLE
     Assistant United States Attorneys
     U.S. Attorney's Office
     1 Courthouse Way, Suite 9200
     Boston, MA 02210

Dated: February 28, 2013                          (617) 748-3100

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                                                 Boston

    Then personally appeared the above-named Brian Pérez-Daple, Assistant United States Attorney, and acknowledged the foregoing to be to the best of his knowledge, information, and belief, and to be his free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 28th day of February 2013.

                                                      _____
                                                      Notary Public
                                                      My Commission expires: 3/14/2014

APPROVED AND SO ORDERED:

_____
DENISE J. CASPER
United States District Judge

Dated: March 25, 2013

[Notary stamp: JEAN L. JAMIESON, Notary Public, COMMONWEALTH OF MASSACHUSETTS, My Commission Expires March 14, 2014]

2