# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2012-10226-DJC-01
                                                -02
                                                -03
                                                -05
                                                -07

JOHN KOSTA,
FIDENCIA SERRANO-ESQUER,
NESTOR ANTONIO VERDUZCO,
ALEXANDER NAPOLEON,
TAMARA KOSTA,
    Defendants.

## *FOURTH ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

| | |
|---|---|
| <u>March 29 - May 31, 2013</u> - | Continuance granted, The Court finds that it is in the interests of justice in this particular case to provide the defendants with 63 additional days to complete their review of the recently produced |

>discovery provided by the Government as a result of the execution of 30 search warrants and to file pre-trial non-discovery-type motions based on that discovery and that those interests outweigh the best interests of the public and the defendant in a speedy trial. Not granting this continuance would deny counsel for the defendant a reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Thus, as of May 31, 2013, NO (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

March 26, 2013.