UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                              DOCKET NO. 12-10226-DJC

JOHN KOSTA

ASSENTED TO MOTION FOR LATE FILING


NOW COMES the accused, John Kosta, by and through his counsel, and moves this Court (M.J., Collings) to authorize the late filing of the Motion to Suppress Evidence Seized Pursuant to a Search Warrant, the Accused's Memorandum in Support of His Motion to Suppress Evidence Seized Pursuant to a Search Warrant and Motion to Sever/Exclude.

In support of this Motion the accused states as follows:

1. This Court (M.J., Collings) set a deadline of April 12, 2013 for the filing of Motions to Suppress.

2. However, due to the extent of the undersigned counsel's Court schedule, he was not able to draft the above referenced Motion to Suppress by the April 12, 2013 deadline.

3. The Government has no objection to this Motion for late filing.

WHEREFORE, the accused respectfully request that this Court authorize the late filing of the above referenced Motions.


Respectfully Submitted,
John Kosta,
By his Attorney,


DATE:        April 16, 2013            /S/Paul J. Garrity
                                       Paul J. Garrity
                                       No.  555976
                                       14 Londonderry Road

Londonderry, NH  03053
603-434-4106

<u>CERTIFICATE OF SERVICE</u>

I, Paul J. Garrity, hereby certify that on this 16th day of April, 2013, a copy of the herein Motion was e-mailed to the U.S. Attorney's Office and to all parties of record and mailed, postage prepaid, to John Kosta.


   /S/ Paul J. Garrity                          

Paul J. Garrity