# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2012-10226-DJC-01
                                              -02
                                              -03
                                              -05
                                              -07

JOHN KOSTA,
FIDENCIA SERRANO-ESQUER,
NESTOR ANTONIO VERDUZCO,
ALEXANDER NAPOLEON,
TAMARA KOSTA,
    Defendants.

# *FIFTH ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

March 26 - April 16/2013 - Filing to hearing on Motion #367.

April 16, 2013 - Conference held.

Thus, as of May 31, 2013, NO (0) non-excludable days will have occurred

leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 16, 2013.