# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    CRIMINAL NO. 2012-10226-DJC-01
                                          -02
                                          -03
                                          -05
                                          -07

JOHN KOSTA,
FIDENCIA SERRANO-ESQUER,
NESTOR ANTONIO VERDUZCO,
ALEXANDER NAPOLEON,
TAMARA KOSTA,
      Defendants.

# *AMENDED FIFTH*
# *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

<u>March 26 - April 16, 2013</u> - Filing to hearing on Motion #367.

<u>April 16, 2013</u> - Conference held.

<u>April 11 - June 24, 2013</u> - Motions ##376, 378 & 379 pending.

<u>June 25, 2013</u> - Conference held.

Thus, as of <u>June 25, 2013</u>,[1] NO (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

<u>June 25, 2013</u>.

---

[1] Further time will be excluded from June 25 until the date on which the motions are either heard or decided, whichever comes first.