# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                              CRIMINAL NO. 2012-10226-DJC-01
                                                        -03
                                                        -05
                                                        -07

JOHN KOSTA,
NESTOR ANTONIO VERDUZCO,
ALEXANDER NAPOLEON,
TAMARA KOSTA,
     Defendants.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

     A Final Status Conference was held on June 25, 2013; counsel for the defendants appeared in person or by phone.

     The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(2)(A)(B)   Discovery is complete; all required disclosures have been made and there are no discovery disputes.

(2)(C)   Non-discovery type motions have been filed. *See* ## 375, 376, 378, 379, 382, 384, 388 & 411 which are RESERVED for decision by the District Judge.

(2)(D)   *See* Amended Fifth Order of Excludable Delay entered this date.

(2)(E)   The trial will last two weeks.

(3)   At this point, the case will need to be tried.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE CASPER'S SESSION.

I RECOMMEND THAT CASE BE SET DOWN FOR AN INITIAL PRE-TRIAL CONFERENCE *AS SOON AS CONVENIENT*.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

June 25, 2013.

2