AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

United States     2013 JUL -8     Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

**APPEARANCE**

Case Number: 12 CR 10226 DJC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    John Kosta

I certify that I am admitted to practice in this court.

7/8/2013
Date

Signature: /s/ Michael H. Kelly

Print Name: Michael H. Kelly     Bar Number: 266850

Address: 366 Broadway

City: Everett    State: MA    Zip Code: 02149

Phone Number: 617 387 6380    Fax Number: 617 387 7408