UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10226-DJC |
| | ) | |
| JOHN KOSTA, *et al.*, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Clerk of Court:

Please enter my appearance in the above-captioned case as additional counsel for the

United States of America.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Doreen M. Rachal*
DOREEN M. RACHAL
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Dated: February 12, 2014                (617) 748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Court Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Doreen M. Rachal*
Doreen M. Rachal
Dated: February 12, 2014                Assistant United States Attorney