# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 12-cr-10226-DJC |
| v. ) | |
| JOHN KOSTA, et al. ) | |
| Defendants. ) | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the United States in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: February 12, 2014        By:        */s/ Brian A. Pérez-Daple*
BRIAN A. PÉREZ-DAPLE
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 12, 2014.

> */s/ Brian A. Pérez-Daple*
> BRIAN A. PÉREZ-DAPLE
> Assistant United States Attorney