UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Docket No.: 1:12-CR-10226-DJC |
| | ) | |
| JOHN KOSTA | ) | |

## **DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Now comes the Defendant, John Kosta, by and through counsel, and moves this Honorable Court to continue sentencing for an additional thirty (30) days. Further, the Defendant requests that this Honorable Court allow him until July 8, 2014, to make any objections to the Presentence Investigation Report, pursuant to Rule 32 (f). As grounds hereto, the defendant avers as follows:

1. John Kosta is presently scheduled for sentencing on June 19, 2014.

2. Due to scheduling conflicts, the Defendant and his counsel have not had sufficient opportunity to confer and meaningfully discuss the Presentence Investigation Report.

3. Counsel also has a significant amount of presentencing investigation to complete in order to adequately prepare for the Defendant's sentencing hearing.

4. Counsel has discussed this request for a continuance with Assistant United States Attorney Leah B. Foley who has assented to this request.

Wherefore the Defendant requests that sentencing hearing presently scheduled for June 19, 2014 be continued until on or after July 21, 2014.

June 16, 2014

Respectfully submitted
JOHN KOSTA
By and through his attorney


/s/  Michael H. Kelly
Michael H. Kelly
366 Broadway
Everett, MA 02149
617-387-6380
Fax: 617-387-7408
Mikelly5526@cs.com


## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and registered with the CM/ECF in this matter on the date stated above.


/s/  Michael H. Kelly
Michael H. Kelly
366 Broadway
Everett, MA 02149
617-387-6380
Fax: 617-387-7408
Mikelly5526@cs.com