**U.S. Department of Justice**
**United States Marshals Service**

FILED
IN CLERKS OFFICE

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America 2014 NOV -7 PM 3 14 | COURT CASE NUMBER CR 12-10226-DJC |
|---|---|
| DEFENDANT Tamara Kosta, et al.   U.S. DISTRICT COURT DISTRICT OF MASS. | TYPE OF PROCESS Preliminary Order of Forfeiture |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| SERVE AT { Municipal Tax Collector |
| ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 71 Front Street, Perry, ME 04667 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Doreen M. Rachal, Assistant U.S. Attorney United States Attorney's Office John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200 Boston, MA 02210 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service):*

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced entity by certified mail, return receipt requested.
CATS ID 12-FBI-007751                                                                 JLJ x 3297

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3100 | DATE 9/12/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 35 | District to Serve No. 36 | Signature of Authorized USMS Deputy or Clerk | Date 9/15/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 10/7/14 | Time 0930 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 65 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00  65.00 |
|---|---|---|---|---|---|

REMARKS:  FWD  to  D/ME  9/15/14                                        SDIS

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Municipal Tax Collector
71 Front St.
Perry, ME 04667

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Janice Scanlon_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Janice Scanlon

C. Date of Delivery   9/30/14

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 0510 0003 3314 3305

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540