AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  12-cr-10226-DJC |
| John Kosta, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America .

Date:  01/29/2015

/s/ Katherine Ferguson
*Attorney's signature*

Katherine Ferguson
*Printed name and bar number*

United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, MA 02210
*Address*

katherine.ferguson@usdoj.gov
*E-mail address*

(617) 748-3555
*Telephone number*

(617) 784-3965
*FAX number*