| | | |
|---|---|---|
| **U.S. Department of Justice**<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* | |

FILED IN CLERKS OFFICE
2015 MAR 24 PM 3 00
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR 12-10226-DJC |
|---|---|
| DEFENDANT<br>John Kosta, et al. | TYPE OF PROCESS<br>Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Carroll County Registry of Deeds; Ann P. Aiton Registrar
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
95 Water Village Road (Route 171) P.O. Box 163, Ossipee, New Hampshire 03864

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Doreen M. Rachal, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please record the attached Final Order of Forfeiture against the real property located at 181 Krainewood Drive, Lot 3, Moultonboro, New Hampshire, with the above-referenced entity.
CATS ID 12-FBI-005916                                                                     JLJ x 3297

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Doreen M. Rachal /JLJ    TELEPHONE NUMBER (617) 748-3100    DATE 2/13/15

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 38 | District to Serve No. 49 | Signature of Authorized USMS Deputy or Clerk | Date 2/25/15 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*    Date 3/6/15    Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges including *endeavors* 62.10 | Forwarding Fee | Total Charges 127.10 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: Filed at Book 3189 Page 737 on March 6, 2015    SDIS 49

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

