**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR 12-10226-DJC |
| DEFENDANT: John Kosta, et al. | TYPE OF PROCESS: Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Worcester County Registry of Deeds (508) 798-7717
ADDRESS: 90 Front Street Worcester MA 01608    $75.00

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Doreen M. Rachal, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please record the attached Final Order of Forfeiture against the following properties, 45 Riley Switch Road, Phillipston, MA; 1 Barre Road, Phillipston, MA; 390 Highland Street, Phillipston, MA; parcel number 004788377, at Spring Street, Petersham, MA; and parcel number 004788374, Lot 2, at Wellington Road, Templeton, MA, with the above-referenced entity. CATS ID 12-FBI-006387; 12-FBI-006390; 12-FBI-006391; 12-FBI-006392; and 12-FBI-006393.    JLJ xt 3297

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Doreen M. Rachal / JLJ    TELEPHONE NUMBER: (617) 748-3100    DATE: 2/13/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
District of Origin No. 38    District to Serve No. 38    Date: 2/20/15

[ ] I hereby certify and return that I have personally served, have legal evidence of service, have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Address: Date 4/1/15

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to US Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | | | | | $0.00 |

REMARKS: Recorded. FOF  (57)

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00