UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 12-10226-DJC |
| | ) | |
| JOHN KOSTA ET. AL. | ) | |

WITHDRAWAL OF APPEARANCE

Please enter my withdrawal of appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Katherine H. Ferguson
Katherine H. Ferguson
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3555

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Katherine H. Ferguson
Katherine H. Ferguson
Assistant U.S. Attorney

Date: August 4, 2015