**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOHN KOSTA,<br>    a/k/a "Costa Mihalakakis,"<br>    Defendant. | Criminal No. 12-10226-DJC |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Wells Fargo Bank, N.A. as Trustee for Banc of America Funding 2005-B Trust, in the above-entitled case.

Respectfully submitted,
PARTY-IN-INTEREST, WELLS FARGO BANK,
N.A. AS TRUSTEE FOR BANC OF AMERICA
FUNDING 2005-B TRUST,
By its attorney,

/s/ Jessica S. Babine
Jessica S. Babine, Esq. (BBO No. 676037)
HOUSER & ALLISON, APC
45 School Street, 2nd Floor
Boston, MA 02108
(617) 371-0922
jbabine@houser-law.com

Dated: October 30, 2015

1

## **CERTIFICATE OF SERVICE**

  I, Jessica S. Babine, hereby certify that this document, Notice of Appearance, filed through the ECF system on October 30, 2015, will be sent electronically to the registered participants as indentified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants..

             /s/ Jessica S. Babine
             Jessica S. Babine, Esq.