UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOHN KOSTA,<br>    a/k/a "Costa Mihalakakis,"<br>    Defendant. | Criminal No. 12-10226-DJC |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance as attorney for Wells Fargo Bank, N.A. as Trustee for Banc of America Funding 2005-B Trust, in the above-entitled case.

                                              Respectfully submitted,
                                              PARTY-IN-INTEREST, WELLS FARGO BANK,
                                              N.A. AS TRUSTEE FOR BANC OF AMERICA
                                              FUNDING 2005-B TRUST,
                                              By its attorney,

                                              /s/ Christopher A. Cornetta
                                              Christopher A. Cornetta (BBO No. 672976)
                                              HOUSER & ALLISON, APC
                                              45 School Street, 2nd Floor
                                              Boston, MA 02108
                                              (617) 371-0922
Dated: November 2, 2015                    ccornetta@houser-law.com

**CERTIFICATE OF SERVICE**

      I, Christopher A. Cornetta, hereby certify that this document, Notice of Appearance, filed through the ECF system on November 2, 2015, will be sent electronically to the registered participants as indentified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants.

                                              /s/ Christopher A. Cornetta
                                              Christopher A. Cornetta