UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOHN KOSTA,<br>    a/k/a "Costa Mihalakakis,"<br>    Defendant. | Criminal No. 12-10226-DJC |

NOTICE OF APPEARANCE

To the Clerk:

    Please enter my appearance as attorney for Wells Fargo Bank, N.A. as Trustee for Banc of America Funding 2005-B Trust, in the above-entitled case.

    Respectfully submitted,
PARTY-IN-INTEREST, WELLS FARGO BANK, N.A. AS TRUSTEE FOR BANC OF AMERICA FUNDING 2005-B TRUST,
By its attorney,

/s/ Lori K. Vaulding
Lori K. Vaulding (BBO No. 678404)
HOUSER & ALLISON, APC
45 School Street, 2nd Floor
Boston, MA 02108
(617) 371-0922
lvaulding@houser-law.com

Dated: January 25, 2016

## **CERTIFICATE OF SERVICE**

      I, Christopher A. Cornetta, hereby certify that this document, Notice of Appearance, filed through the ECF system on January 25, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants.

                          /s/ Lori K. Vaulding
                          Lori K. Vaulding