UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOHN KOSTA,<br>    a/k/a "Costa Mihalakakis,"<br>    Defendant. | Criminal No. 12-10226-DJC |

NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw my appearance as counsel for Wells Fargo Bank, N.A. as Trustee for Banc of America Funding 2005-B Trust (the "Trust"), in the above-entitled case. Attorney Lori Vaulding of the law firm of Houser & Allison, APC has filed her Notice of Appearance on behalf of the Trust.

        Respectfully submitted,
        PARTY-IN-INTEREST, WELLS FARGO BANK,
        N.A. AS TRUSTEE FOR BANC OF AMERICA
        FUNDING 2005-B TRUST,
        By its attorney,

        /s/ Christopher A. Cornetta
        Christopher A. Cornetta (BBO No. 672976)
        HOUSER & ALLISON, APC
        45 School Street, 2nd Floor
        Boston, MA 02108
        (617) 371-0922
Dated: January 26, 2016        ccornetta@houser-law.com

## **CERTIFICATE OF SERVICE**

      I, Christopher A. Cornetta, hereby certify that this document, Notice of Appearance, filed through the ECF system on January 26, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants.

                                           /s/ Christopher A. Cornetta
                                           Christopher A. Cornetta