UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>JOHN KOSTA,<br>      a/k/a "Costa Mihalakakis,"<br>      Defendant. | Criminal No. 12-10226-DJC |

NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw my appearance as counsel for Wells Fargo Bank, N.A. as Trustee for Banc of America Funding 2005-B Trust (the "Trust"), in the above-entitled case. Attorney Lori Vaulding of the law firm of Houser & Allison, APC has filed her Notice of Appearance on behalf of the Trust.

Respectfully submitted,<br>
PARTY-IN-INTEREST, WELLS FARGO BANK,<br>
N.A. AS TRUSTEE FOR BANC OF AMERICA<br>
FUNDING 2005-B TRUST,<br>
By its attorney,<br>
<br>
/s/ Jessica S. Babine<br>
Jessica S. Babine (BBO No. 676037)<br>
HOUSER & ALLISON, APC<br>
45 School Street, 2nd Floor<br>
Boston, MA 02108<br>
(617) 371-0922<br>
jbabine@houser-law.com

Dated: January 28, 2016

## **CERTIFICATE OF SERVICE**

      I, Jessica S. Babine, hereby certify that this document, Notice of Appearance, filed through the ECF system on January 28, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants.

                                                /s/ Jessica S. Babine
                                                Jessica S. Babine