UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-10226-DJC |
| | ) | |
| 1. JOHN KOSTA, | ) | |
|     a/k/a "Costa Mihalakakis," | ) | |
|         Defendant. | ) | |

## DECLARATION OF PUBLICATION

Pursuant to Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 23, 2016, and ending on February 21, 2016.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed on February 26, 2016 at Boston, Massachusetts.

         */s/ Doreen M. Rachal*
         DOREEN M. RACHAL
         BBO #667837
         Assistant United States Attorney
         United States Attorney's Office
         1 Courthouse Way, Suite 9200
         Boston, MA 02210
         (617) 748-3100
         Doreen.Rachal@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

         */s Doreen M. Rachal*
         DOREEN M. RACHAL
Dated: February 26, 2016          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# COURT CASE NUMBER: CR 10226-DJC; NOTICE OF FORFEITURE

Notice is hereby given that on July 22, 2014, in the case of <u>U.S. v. John Kosta, et al.</u>, Court Case Number CR 10226-DJC, the United States District Court for the District of Massachusetts entered an Order condemning and forfeiting the following property to the United States of America:

> one Remington Shotgun Model 870, bearing serial number D577964M; seized from John Kosta, on August 07, 2012 at 45 Riley Switch Road, Phillipston, MA;

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 23, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210, and a copy served upon Assistant United States Attorney Doreen Rachal, 1 Courthouse Way, Suite 9200, Boston, MA 02210. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 23, 2016 and February 21, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. John Kosta, et al.

**Court Case No:** CR 10226-DJC
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/23/2016 | 24.0 | Verified |
| 2 | 01/24/2016 | 24.0 | Verified |
| 3 | 01/25/2016 | 24.0 | Verified |
| 4 | 01/26/2016 | 24.0 | Verified |
| 5 | 01/27/2016 | 24.0 | Verified |
| 6 | 01/28/2016 | 24.0 | Verified |
| 7 | 01/29/2016 | 24.0 | Verified |
| 8 | 01/30/2016 | 24.0 | Verified |
| 9 | 01/31/2016 | 24.0 | Verified |
| 10 | 02/01/2016 | 24.0 | Verified |
| 11 | 02/02/2016 | 24.0 | Verified |
| 12 | 02/03/2016 | 24.0 | Verified |
| 13 | 02/04/2016 | 24.0 | Verified |
| 14 | 02/05/2016 | 24.0 | Verified |
| 15 | 02/06/2016 | 24.0 | Verified |
| 16 | 02/07/2016 | 24.0 | Verified |
| 17 | 02/08/2016 | 24.0 | Verified |
| 18 | 02/09/2016 | 24.0 | Verified |
| 19 | 02/10/2016 | 24.0 | Verified |
| 20 | 02/11/2016 | 24.0 | Verified |
| 21 | 02/12/2016 | 24.0 | Verified |
| 22 | 02/13/2016 | 24.0 | Verified |
| 23 | 02/14/2016 | 24.0 | Verified |
| 24 | 02/15/2016 | 24.0 | Verified |
| 25 | 02/16/2016 | 24.0 | Verified |
| 26 | 02/17/2016 | 24.0 | Verified |
| 27 | 02/18/2016 | 24.0 | Verified |
| 28 | 02/19/2016 | 24.0 | Verified |
| 29 | 02/20/2016 | 24.0 | Verified |
| 30 | 02/21/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.