UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>1. JOHN KOSTA    )<br>    a/k/a "Costa Mihalakakis,"  )<br>        Defendant.    ) | Criminal No. 12-10226-DJC |

**ORDER PARTIALLY VACATING
PRELIMINARY ORDER OF FORFEITURE (Docket No. 545-1)
(45 Riley Switch Road, Phillipston, Massachusetts *ONLY*)**

**CASPER, D.J.**

The United States of America having petitioned this Court for an Order to Partially Vacate the Preliminary Order of Forfeiture (Document No. 545-1) with respect to the real property located at 45 Riley Switch Road, Phillipston, Massachusetts, including all buildings, improvements, and appurtenances thereon, more particularly described in a deed recorded at Book 35664, Pages 42-43, at the Worcester District Registry of Deeds (the "Real Property") *only*, and this Court having been being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Preliminary Order of Forfeiture (Document No. 545-1) is vacated *only* as to the Real Property.

DONE and ORDERED in Boston, Massachusetts this 24 day of March, 2016.

/s/ Denise J. Casper
DENISE J. CASPER
United States District Judge