UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOHN KOSTA,<br>    a/k/a "Costa Mihalakakis,"<br>    Defendant. | Criminal No. 12-10226-DJC |

ORDER DISSOLVING LIS PENDENS AND RESTRAINING ORDER
(45 Riley Switch Road, Phillipston, MA)

CASPER, D.J.

Wells Fargo Bank, N.A. as Trustee for Banc of America Funding 2005-B Trust ("Wells Fargo, as Trustee"), by its attorney, in the above-captioned matter, having moved this Court for Dissolution of the Lis Pendens and Restraining Order with regard to property located at 45 Riley Switch Road, Phillipston, MA, and this Court having been fully advised of the circumstances of this case, it is hereby:

ORDERED that the Lis Pendens recorded with the Worcester County Registry of Deeds at Book 49415, Page 116 is dissolved;

ORDERED that the restraining order recorded with the Worcester County Registry of Deeds at Book 49462, Page 32 is dissolved;

ORDERED this Order may be recorded with the Worcester County Registry of Deeds.

1

2

DONE and ORDERED in Boston, Massachusetts this 24 day of March, 2016.

/s/ Denise J. Casper
DENISE J. CASPER
United States District Judge